NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CALLWAVE COMMUNICATIONS LLC,**
*Plaintiff-Appellant*

**v.**

**AT&T MOBILITY LLC, GOOGLE INC., VERIZON SERVICES CORP., CELLCO PARTNERSHIP, DBA VERIZON WIRELESS, T-MOBILE USA, INC.,**
*Defendants-Appellees*

**BLACKBERRY LIMITED, BLACKBERRY CORPORATION,**
*Defendants*

---

2016-1684, 2016-1685, 2016-1686, 2016-1687, 2016-1688

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:12-cv-01701-RGA, 1:12-cv-01702-RGA, 1:12-cv-01703-RGA, 1:12-cv-01704-RGA, 1:12-cv-01788-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

GREGORY SCOTT BISHOP, Pepper Hamilton LLP, Redwood City, CA, argued for plaintiff-appellant. Also repre-

sented by CHARLES FOSTER KOCH; WILLIAM D. BELANGER, LeinWeih ANDREW TSENG, Boston, MA.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, argued for all defendants-appellees. Defendants-appellees Google Inc., T-Mobile USA, Inc., also represented by RAMSEY M. AL-SALAM, Seattle, WA; VICTORIA Q. SMITH, Palo Alto, CA.

JOSEPH P. ZAMMIT, Norton Rose Fulbright US LLP, New York, NY, for defendant-appellee AT&T Mobility LLC. Also represented by JONATHAN S. FRANKLIN, Washington, DC; DANIEL LEVENTHAL, BRETT ASHLEY MCKEAN, Houston, TX.

KEVIN PAUL ANDERSON, Wiley Rein, LLP, Washington, DC, for defendants-appellees Verizon Services Corp., Cellco Parnership, dba Verizon Wireless. Also represented by KARIN A. HESSLER, ROBERT JAMES SCHEFFEL.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, BRYSON, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 10, 2017             /s/ Peter R. Marksteiner
       Date                 Peter R. Marksteiner
                            Clerk of Court